**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Coren S. Simmons, aka Coren S.<br>Rodwell-Simmons, aka Coren S. Rodwell<br><br>Debtor(s) | 15-10455 AMC<br><br>Chapter 13 Proceeding<br><br>Related to Document #62&63: |
| BANK OF AMERICA, N.A., C/O PENNYMAC<br>LOAN SERVICES, LLC<br>Movant<br>v.<br><br>Coren S. Simmons, aka Coren S.<br>Rodwell-Simmons, aka Coren S. Rodwell and<br>William C. Miller, Esquire<br>Respondents | Hearing Date: 03/07/2017 at 11:00am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 13, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **2/28/2017**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

By: /s/ Jill Manuel-Coughlin, Esquire

Respectfully submitted,
POWERS KIRN &ASSOCIATES, LLC

By: Jill Manuel-Coughlin
Attorney ID #    63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant
DATED: March 2, 2017

16-1557

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Coren S. Simmons, aka Coren S. Rodwell-Simmons, aka Coren S. Rodwell<br><br>Debtor(s)<br><br>BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Coren S. Simmons, aka Coren S. Rodwell-Simmons, aka Coren S. Rodwell and William C. Miller, Esquire<br>Respondents | 15-10455 AMC<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  03/07/2017 at 11:00am |

### CERTIFICATION OF SERVICE AND NOTICE

JILL MANUEL-COUGHLIN, counsel BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on March 2, 2017:

*Served Electronically*:

David M. Offen, Esquire
601 Walnut Street
Suite 160 West
Philadelphia, PA  19106
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

*Served Via 1st Class Mail:*

POWERS KIRN & ASSOCIATES, LLC

By: /s/ Jill Manuel-Coughlin, Esquire
By: Jill Manuel-Coughlin
Attorney ID #     63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant