United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-10455-amc
Coren S. Simmons                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Mar 07, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db             +Coren S. Simmons,   6004 Greenway Avenue,   Philadelphia, PA 19142-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Bank Of America, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Coren S. Simmons dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Coren S. Simmons, aka Coren S. Rodwell-Simmons,<br>aka Coren S. Rodwell<br>                                      Debtor<br>BANK OF AMERICA, N.A., C/O PENNYMAC<br>LOAN SERVICES, LLC<br>                                      Movant<br>v.<br>Coren S. Simmons, aka Coren S. Rodwell-Simmons,<br>aka Coren S. Rodwell<br>and<br>William C. Miller, Esquire<br>                                    Respondents | 15-10455 AMC<br><br>Chapter 13 Proceeding |

## ORDER

AND NOW, this 7th day of March, 2017, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 6004 Greenway Avenue, Philadelphia, PA 19142 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, BANK OF AMERICA, N.A., C/O PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant
16-1557

David M. Offen, Esquire
Attorney for Debtor

Coren S. Simmons
Debtor

William C. Miller, Esquire
Trustee