United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Coren S. Simmons  
    Debtor

Case No. 15-10455-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 19, 2017  
                            Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13471733        E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2017 01:30:59     Ally Financial,  
        PO Box 130424,   Roseville, MN 55113-0004  
                                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:  
        ANDREW  SPIVACK   on behalf of Creditor   Bank Of America, NA paeb@fedphe.com  
        ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DAVID M. OFFEN   on behalf of Debtor Coren S. Simmons dmo160west@gmail.com, davidoffenecf@gmail.com  
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   Bank of America, N.A., c/o PennyMac Loan Services, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                 TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10455-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Coren S. Simmons
6004 Greenway Avenue
Philadelphia PA 19142

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ally Financial, PO Box 130424, Roseville, MN 55113-0004 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/21/17

Tim McGrath
**CLERK OF THE COURT**