IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Coren S. Simmons | : | No.  15-10455-AMC |
| Debtor | | |

O R D E R

AND NOW, this **21st** day of **August**, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Esq., Interim Trustee

David M. Offen, Esquire

Coren S. Simmmons

Children's Hospital of PA
3401 Civic Center Blvd.
Philadelphia, PA 19104