United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 15-10455-amc
Coren S. Simmons                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Aug 21, 2018
                         Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db        +Coren S. Simmons,  6004 Greenway Avenue,   Philadelphia, PA 19142-2410
          +Children's Hospital of PA,   3401 Civic Center Blvd.,   Phila., PA 19104-4319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor   Bank Of America, NA paeb@fedphe.com
        ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor Coren S. Simmons dmo160west@gmail.com,
         davidoffenecf@gmail.com
        JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bank of America, N.A., c/o PennyMac Loan Services,
         LLC jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com
        JILL  MANUEL-COUGHLIN    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com
        THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Coren S. Simmons | : | No.  15-10455-AMC |
| Debtor | | |

O R D E R

AND NOW, this **21st** day of **August**, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Interim Trustee

David M. Offen, Esquire

Coren S. Simmmons

Children's Hospital of PA
3401 Civic Center Blvd.
Philadelphia, PA 19104