# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Coren S. Simmons**                                    Case No.   **15-10455-amc**
　　　　　　　　　　　　　Debtor(s)                            Chapter    **13**

## ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

1. **M & T Bank/Pennymac Mortgage are not to receive any further payments as relief has been granted and monies which have been sent by the Chapter 13 Trustee are now being returned to the Chapter 13 Trustee. These monies are to be distributed to the unsecured creditors and this case can then be concluded.**

Date  **September 4, 2018**                Signature  **/s/ David M. Offen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**David M. Offen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Counsel

## CERTIFICATE OF SERVICE

**THE CHAPTER 13 TRUSTEE AND M & T BANK/PENNYMAC'S COUNSEL ARE BEING SERVED WITH A COPY OF THIS ADDENDUM TO SECOND AMENDED CHAPTER 13 PLAN BY ELECTRONIC MAIL**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ David M. Offen**
　　　　　　　　　　　　　　　　　　　　　　　　**David M. Offen**
　　　　　　　　　　　　　　　　　　　　　　　　**601 Walnut Street**
　　　　　　　　　　　　　　　　　　　　　　　　**The Curtis center Suite 160W**
　　　　　　　　　　　　　　　　　　　　　　　　**Philadelphia, PA 19106**
　　　　　　　　　　　　　　　　　　　　　　　　**215-625-9600**