United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 15-10455-amc
Coren S. Simmons                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 3              Date Rcvd: Nov 15, 2018
                            Form ID: 138NEW          Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db            +Coren S. Simmons,    6004 Greenway Avenue,    Philadelphia, PA 19142-2410
cr            +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
13461175      +21st Century Insurance,    3 Beaver Valley Road,    Wilmington, DE 19803-1125
13461177      #Accounts Receivable Management,    P.O. Box 129,    Thorofare, NJ 08086-0129
13461178      +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
13461183      +Allied Collection Svcs,    8550 Balboa Blvd Ste 232,    Northridge, CA 91325-5806
13461184      +Allied Interstate LLC,    P.O. Box 361774,    Columbus, OH 43236-1774
13542749       American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13461188     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13471441      +Bank of America N.A.,    Loss/Recovery,    P O Box 982284,    El Paso, TX 79998-2284
13552156      +Bank of America NA,    c/o Andrew F. Gornall, Esq.,     KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13556182      +Bank of America NA,    c/o Joseph P. Schalk, Esq.,     Phelan Hallinan Diamond & Jones LLP,
                1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13839190      +Bank of America NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13559561       Bank of America, N.A,    4909 Savarese Circle, Tampa, Fl. 33626
13564116       Bank of America, N.A.,    Attn; Payment Processing,    PO Box 660933,    Dallas, TX 75266-0933
13461189      +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13489250      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13461190      +City of Philadelphia Parking Authority,    3001 Market Street,    Philadelphia, PA 19104-2800
13461193     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV,    P.O. Box 78626,    Phoenix, AZ 85062)
13484709      +Department Stores National Bank For Bloomingdales,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13484710      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13461195      +Disney Movie Club,    PO Box 758,    Neenah, WI 54957-0758
13828849       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13461202       EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
13461201      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
13461203      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13461204       Frontier Financial Group,    631 N. Stephanie Street, Suite #419,    Henderson, NV 89014-2633
13461206      +Horizon Opportunities LLC,    150 E. Robinson Street Unit 807,    Orlando, FL 32801-1938
13461208      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13461210      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13473641      +M&T Bank,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13461224      +MRS Associates,    1930 Olney Drive,    Cherry Hill, NJ 08003-2016
13461214      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13461215       Mercantile Adjustment Bureau, LLC,     P.O. Box 9052,    Williamsville, NY 14231-9052
13461225      +National Credit Adjusters,    PO Box 3023,    327 W 4th Street,    Hutchinson, KS 67501-4842
13461226     #+Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
13461228      +North Shore Agency,    PO Box 17211,    Wilmington, DE 19850-7211
13461232      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13486891      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13461229      +Palmer, James Financial,    2100 Riverside Pkwy, Suite 119#341,    Lawrenceville, GA 30043-5914
13824123      +PennyMac Loan Services, LLC,    6101 Condor Drive Suite 200,    Moorpark, CA 93021-2602
13824314      +Pennymac Loan Srvs LLC,    Powers Kirn & Assocs LLC,    8 Neshaminy Interplex, Ste. 215,
                Trevose, PA 19053-6980
13461233      +Philadelphia Municipal Court,    Office of Deputy Court Administrator,
                1339 Chestnut Street  10th Fl,    Philadelphia, PA 19107-3519
13461234      +QVC,    P.O. Box 2254,    West Chester, PA 19380-0153
13461235      +Regional Adjustment Bureau, Inc.,    CCSI,    PO Box 34119,    Memphis, TN 38184-0119
13461236      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13461237      +Sterling Credit Corporation,    PO Box 675,    Spring House, PA 19477-0675
13461241     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
13461242       United Collection Bureau, Inc.,    P.O. Box 1117,    Maumee, OH 43537-8117
13461246       Vision Financial Corp.,    P.O. Box 7477,    Rockford, IL 61126-7477
13461247      +Wilco Electronic Systems, Inc.,    1035 Camphill Road,    Fort Washington, PA 19034-2801
13461248       Windham Professionals, Inc.,    PO Box 1048,    Salem, NH 03079-1048
13461249      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:14     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:18
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 3                  Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW              Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:28      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13461176        +E-mail/Text: maria.dennis@gotoclc.com Nov 16 2018 03:25:35      Accelerated Financial,
                 39 Monette Pkwy,    Smithfield, VA 23430-2577
13461182         E-mail/Text: EBNProcessing@afni.com Nov 16 2018 03:24:42      Afni, Inc.,   P.O. Box 3517,
                 Bloomington, IL 61702-3517
13471733         E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 03:23:45      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13461185        +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 03:23:45      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13461186        +E-mail/Text: broman@amhfcu.org Nov 16 2018 03:24:40      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13508930         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:30:31
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13543758         E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:14      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13461191        +E-mail/Text: ebn@mycps.com Nov 16 2018 03:25:00      CPS - Security,   PO Box 782408,
                 San Antonio, TX 78278-2408
13461192        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 03:25:48
                 Credit Collection Services,    Two Wells Avenue,   Newton Center, MA 02459-3246
13461194         E-mail/Text: Bankruptcy.Consumer@dish.com Nov 16 2018 03:24:33      Dish Network,   Dept. 0063,
                 Palatine, IL 60055-0063
13461196         E-mail/Text: bankruptcynotices@dcicollect.com Nov 16 2018 03:25:33
                 Diversified Consultants, Inc.,    PO Box 551268,   Jacksonville, FL 32255-1268
13461198        +E-mail/Text: bknotice@ercbpo.com Nov 16 2018 03:24:37      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13461199        +E-mail/Text: bknotice@ercbpo.com Nov 16 2018 03:24:38      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13461205         E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 03:25:48
                 Geico Casualty Company,    Processing Center - 27,    P.O. Box 55126,   Boston, MA 02205-5126
13461207         E-mail/Text: bankruptcy@hsn.net Nov 16 2018 03:25:31      HSN - Attention Collections Department,
                 PO Box 9090,    Clearwater, FL 33758-9090
13461209         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 03:24:47      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
13461212         E-mail/Text: camanagement@mtb.com Nov 16 2018 03:24:00      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
13479268         E-mail/Text: camanagement@mtb.com Nov 16 2018 03:24:00      M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
13461213        +E-mail/Text: bknotices@mbandw.com Nov 16 2018 03:24:55      McCarthy, Burgess & Wolff, Inc.,
                 26000 Cannon Road,    Cleveland, OH 44146-1807
13461216        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2018 03:24:34      Midland Credit Management,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13461218        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2018 03:24:34      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461227        +E-mail/Text: egssupportservices@alorica.com Nov 16 2018 03:24:45      NCO Financial Services,
                 507 Prudential Road,    Horsham, PA 19044-2308
13461231        +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2018 03:23:59      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13953142         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:30:58
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13461230         E-mail/Text: bankruptcy@philapark.org Nov 16 2018 03:25:45      Parking Violations Branch,
                 City of Philadelphia,    Commwealth of PA,   P.O. Box 41818,    Philadelphia, PA 19101-1818
13464571         E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:30:56
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13461238        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:12      Syncb/Amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
13461239        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:28      Syncb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13544447         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:13      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13818654        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
13461240        +E-mail/Text: bankruptcydepartment@tsico.com Nov 16 2018 03:25:42      Transworld Sys Inc/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13461243        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 03:23:38
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 36
```

```
District/off: 0313-2          User: PaulP               Page 3 of 3               Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 89

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Transworld Systems, Inc.
13461197          Ea
cr*              ECMC,    P.O. BOX  16408,    ST. PAUL, MN  55116-0408
13461179*        +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
13461180*        +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
13461181*        +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
13461187*        +American Heritage Fcu,    2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13461200*        +Enhanced Recovery Corporation,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13461217*        +Midland Credit Management,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13461219*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461220*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461221*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461222*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461223*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13461244*        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13461245*        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13461211         ##Kramer & Associates,    401 Hackensack Fl 9,    Hackensack, NJ 07601-6402
                                                                             TOTALS: 2, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Bank Of America, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Coren S. Simmons dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
               LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Coren S. Simmons
        Debtor(s)                                        Bankruptcy No: 15−10455−amc
                                                                        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                               Timothy B. McGrath
                                                                Clerk of Court

Dated: 11/15/18

                                                                                                75 − 74
                                                                       Form 138_new