Certificate Number: 12433-PAE-DE-032054422

Bankruptcy Case Number: 15-10455



12433-PAE-DE-032054422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2018, at 4:04 o'clock PM EST, Coren Simmons completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 19, 2018           By:    /s/Candace Jones

                                    Name:  Candace Jones

                                    Title: Counselor