United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-10455-amc
Coren S. Simmons                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin          Page 1 of 2          Date Rcvd: Dec 21, 2018
                            Form ID: 3180W        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db              +Coren S. Simmons,   6004 Greenway Avenue,   Philadelphia, PA 19142-2410
13542749         American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
13471441        +Bank of America N.A.,   Loss/Recovery,   P O Box 982284,   El Paso, TX 79998-2284
13489250        +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13484710        +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13824123        +PennyMac Loan Services, LLC,   6101 Condor Drive Suite 200,   Moorpark, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:27    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:51:30
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2018 03:52:08    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13461186        +E-mail/Text: broman@amhfcu.org Dec 22 2018 03:51:58    American Heritage Fcu,
                 2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13508930         EDI: AIS.COM Dec 22 2018 08:43:00    American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
13543758         E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:27    City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13484709        +EDI: TSYS2.COM Dec 22 2018 08:43:00    Department Stores National Bank For Bloomingdales,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13828849         EDI: ECMC.COM Dec 22 2018 08:43:00    ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13953142         EDI: PRA.COM Dec 22 2018 08:43:00    Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
13544447         EDI: RMSC.COM Dec 22 2018 08:43:00    Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13818654        +EDI: RMSC.COM Dec 22 2018 08:43:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
                                                                                      TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                         Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor    Bank Of America, NA paeb@fedphe.com
          ANDREW F GORNALL   on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL   on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN   on behalf of Debtor Coren S. Simmons dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                             Form ID: 3180W            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., c/o PennyMac Loan Services,
           LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          THOMAS I. PULEO   on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Coren S. Simmons** | | Social Security number or ITIN   **xxx–xx–0882** |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **15–10455–amc** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Coren S. Simmons
aka Coren S. Rodwell–Simmons, aka Coren S. Rodwell

12/20/18

By the court:    Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**